IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**,

        Plaintiff-Respondent,        No. CV 16-596 MCA/SMV
                                                                           CR 13-980 MCA

vs.

**DONOVAN MUSKETT**,

        Defendant-Movant.

## ORDER EXTENDING GOVERNMENT'S TIME TO FILE RESPONSE TO DEFENDANT'S 28 U.S.C. § 2255 MOTION TO VACATE SENTENCE (CV DOC. 2)

**THIS MATTER** having come before the Court on the United States' unopposed motion for an extension of time, the Court being otherwise fully advised in the premises, finds the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States' Unopposed Motion for Extension of Time to File Response to Defendant's 28 U.S.C. § 2255 Motion to Vacate Sentence (CV Doc. 2) is hereby GRANTED; the United States shall respond to the Motion by August 15, 2016.

                                                                          The Honorable Stephan M. Vidmar
                                                                          United States Magistrate Judge

Submitted by:
   *Electronically filed on 7/15/2016*
AUSA Novaline D. Wilson
United States Attorney's Office

Approved by:
   *Electronically filed on 7/15/2016*
AFPD Aric G. Elsenheimer
Federal Public Defender