IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONOVAN MUSKETT,

      Movant,

vs.                                     NO.:  13-CR-00980 MCA
                                             16-CV-00596 MCA/SMV

UNITED STATES OF AMERICA,

      Respondent.

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR FILING REPLY TO UNITED STATES' MOTION TO ENFORCE APPELLATE WAIVER IN THE PLEA AGREEMENT AND REPLY TO DEFENDANT'S MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C.§ 2255**

This matter is before the court on defendant's Motion to Extend Time to Reply to United States' Motion to Enforce Appellate Waiver in the Plea Agreement and Reply to Defendant's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255.  The Court, having reviewed the motion and finding good cause shown by the defendant, the court finds the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the filing of the motions is extended for two weeks, or until September 12, 2016.

                                                       _____
                                                       STEPHAN M. VIDMAR
                                                     UNITED STATES MAGISTRATE JUDGE

Submitted by:

Aric E. Elsenheimer
Federal Public Defender

Approved by:

Novaline Wilson
AUSA